ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                          )
                                                     )
R.H. Contracting, Inc.                               )   ASBCA No. 62184
                                                     )
Under Contract No. N40085-17-C-4607                  )

APPEARANCE FOR THE APPELLANT:          David A. Hearne, Esq.
                                         ReavesColey, PLLC
                                         Chesapeake, VA

APPEARANCES FOR THE GOVERNMENT:        Craig D. Jensen, Esq.
                                         Navy Chief Trial Attorney
                                         Matthew D. Bordelon, Esq.
                                         Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: September 8, 2021

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62184, Appeal of R.H. Contracting, Inc., rendered in conformance with the Board's Charter.

Dated: September 9, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals